# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1636
_____

MICHAEL BULLOCK,

    Appellant,

v.

CITY OF MELBOURNE POLICE
DEPARTMENT/DAVIES CLAIMS
NORTH AMERICA, INC.,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident:  April 25, 2023.

January 22, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kristine Callagy and Megan Oliva Danner of Bichler & Longo, PLLC, Maitland, for Appellant.

Frank C. Wesighan and Jessica C. Conner of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for Appellees.